# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

JOHN P. LAURING, ET AL.
*Plaintiff*

v.

Civil Action No.:
**4:16-CV-40015-DHH**

LEE D. WEISS, ET AL.
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Family Endowment Partners, LLC
c/o CT Corporation System
155 Federal Street, Suite 700
Boston, MA 02110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony Dragga, Esquire
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Sherry Jones
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2016-02-18 11:47:25.0**, Clerk USDC DMA

Civil Action No.: **4:16-CV-40015-DHH**

## PROOF OF SERVICE

Worcester, SS.                                                                                  February 23, 2016

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Family Endowment Partners LLC c/o CT Corporation System

was received by me on (date) 2/23/2016.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Danette Pena, Fulfillment Specialist, who is

designated by law to accept service of process on behalf of (name of organization) CT Corp., System

155 Federal Street, Suite 700, Boston, MA on (date) 2/23/16 at 11:11 am

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

February 23, 2016
Date

*Server's Signature*
Kimberly Lynch, Constable and Disinterested Person

*Printed name and title*
47 Harvard Street
Worcester, MA 01609

*Server's Address*

Additional information regarding attempted service, etc:

*Served along with Demand for Jury Trial, Civil Action Cover Sheet, Plaintiff's Motion for Preliminary Injunction, Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction, Affidavit of John P. Lauring with Exhibits "A" through "M" and Electronic Filing Notice with the hearing for the Preliminary Injunction scheduled for March 2, 2016 at 3:15 pm.