UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN P. LAURING, THE LAURING CHARITABLE FOUNDATION, AND THE LAURING FAMILY TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> LEE D. WEISS, FAMILY ENDOWMENT PARTNERS, LP, FAMILY ENDOWMENT PARTNERS, LLC, FEP FUND I, LP, FEP FUND II LTD, CATAMARAN HOLDINGS FUND, LTD., MOSAIC ENTERPRISES, INC., MOSAIC INVESTMENT PARTNERS, INC., CATAMARAN MANAGEMENT CO., INC. and PARTNERSADMIN LLC, <br><br> Defendants, <br><br> and <br><br> FEP FUND I, LP, FEP FUND II, LTD, CATAMARAN HOLDINGS FUND, LTD., WEISS CAPITAL REAL ESTATE GROUP, LLC, MOSAIC INVESTMENT PARTNERS, INC., MIP GLOBAL, INC., F/K/A MOSAIC INVESTMENT PARTNERS, INC., MOSAIC ENTERPRISES, INC., and CATAMARAN MANAGEMENT CO., INC., <br><br> Reach and Apply Defendants. | CIVIL ACTION NO. 4:16-CV-40015-DHH |

**AGREEMENT FOR JUDGMENT**

WHEREAS, Plaintiffs John P. Lauring, individually and in his capacity as Trustee of the Lauring Family Trust and the Lauring Charitable Foundation (collectively, the " Plaintiffs") and Defendants FEP Fund I, LP, FEP Fund II, Ltd., and Catamaran Holding Fund, Ltd. (together, the

"Fund Defendants") and Defendants Lee D. Weiss, Family Endowment Partners, LP, Family Endowment Partners, LLC, Catamaran Management, Co., Inc., Mosaic Investment Partners, Inc., and Mosaic Enterprises, Inc., as well as the additional Reach and Apply Defendants MIP Global, Inc., f/k/a Mosaic Investment Partners, Inc. and Weiss Capital Real Estate Group (collectively referred to as the "Weiss Defendants" and, together with the Fund Defendants, "Defendants"), in accord with Rule 68(a) of the Federal Rules of Civil Procedure and Local Rule 68.2, hereby stipulate and agree to the entry of judgment in favor of the Plaintiffs on the claims asserted in Plaintiffs' Amended Complaint as specified below. A copy of the Amended Complaint is attached hereto and incorporated by reference as **Exhibit A.**

WHEREFORE, as prayed for in the Amended Complaint, and as agreed to by the Defendants, the parties do hereby stipulate that the following shall become a Judgment of this Court:

1. Judgment shall enter in favor of the Lauring Charitable Foundation against FEP Fund II, Ltd. in the amount of **$5,267,484.92**, plus 0.54% post-judgment interest.

2. Judgment shall enter in favor of the Lauring Family Trust against FEP Fund I, LP in the amount of **$2,215,300.65** plus 0.54% post-judgment interest.

3. Judgment shall enter in favor of John P. Lauring against Catamaran Holdings Fund, Ltd. in the amount of **$131,302.45**, plus 0.54% post-judgment interest. The sole remaining investor in Catamaran Holdings Fund, Ltd. shall have redemption priority over this judgment amount up to value of its capital account, valued as of September 30, 2015 at $127,573.44.

4. Judgment shall enter in favor of the Plaintiffs, jointly and severally, against Lee D. Weiss, Family Endowment Partners, LP, Family Endowment Partners, LLC,

Catamaran Management Co., Inc., and Mosaic Investment Partners, Inc., in the amount of **$7,614,088.02**, plus 0.54% post-judgment interest, provided, however, that this amount may be offset on a dollar-for-dollar basis by any payments by the Fund Defendants in connection with the judgments set forth in Paragraphs 1-3, above.

5. Defendant Lee D. Weiss shall cooperate with the orderly liquidation of FEP Fund I, L.P ("FEP Fund I"), consistent with the terms of any Final Judgment or Order Instituting Administrative Proceedings against Lee D. Weiss in connection with the civil action entitled Securities and Exchange Commission v. Lee D. Weiss, et al., Civil Action No. 1:15-cv-13460-IT, in the United States District Court for the District of Massachusetts, and shall cooperate with Plaintiffs in seeking recovery by Plaintiffs from FEP Fund I of Plaintiffs' monetary interests therein.

6. Defendant Lee D. Weiss shall cooperate with the orderly liquidation of FEP Fund II, Ltd. ("FEP Fund II"), consistent with the terms of any Final Judgment or Order Instituting Administrative Proceedings against Lee D. Weiss in connection with the civil action entitled Securities and Exchange Commission v. Lee D. Weiss, et al., Civil Action No. 1:15-cv-13460-IT, in the United States District Court for the District of Massachusetts, and shall cause all liquidation proceeds from FEP Fund II to be paid directly to the client account at Bowditch & Dewey, LLP, as attorneys for Plaintiffs, subject to any security interest of FEP Fund II agreed upon by Plaintiffs. Any funds or assets not liquidated or distributed from FEP Fund II within 180 days of the date of this Judgment, and/or control of such funds or assets, shall be transferred to Plaintiffs or their designee. Plaintiffs shall be

responsible for distributing all such proceeds, funds, or assets to FEP Fund II's investors consistent with their respective capital accounts and any expenses incurred by FEP Fund II. As of September 30, 2015, Plaintiffs' ownership percentage of FEP Fund II Ltd. based on their capital account was 91.9767%, and the other investor's ownership percentage based on its capital account was 8.0233%.

7. Neither Defendant Lee D. Weiss nor any Weiss affiliate may receive any payment or compensation, including any salary, bonus, or fees, from any proceeds of the orderly liquidation of the Fund Defendants described in Paragraphs 5-6, above.

8. Any amounts received by the Plaintiffs from the orderly liquidation of the Fund Defendants described in Paragraphs 5-6, above, shall be credited against the Judgment amounts described in Paragraphs 1-4, above.

9. Defendants acknowledge that FEP Fund I, LP owes FEP Fund II, Ltd. the sum of $2,265,950.40.

10. This Agreement for Judgment against the Defendants shall survive the dismissal of the above-captioned action with prejudice, and may be utilized and enforced in any domestic or foreign court of competent jurisdiction pursuant to the agreement of the parties hereto without regard to any applicable statutes of limitation or statutes of repose.

11. Execution on the Judgment shall issue forthwith.

JOHN P. LAURING, THE LAURING
CHARITABLE FOUNDATION,
THE LAURING FAMILY TRUST,
By Its Attorney,

/s/ Louis M. Ciavarra
Louis M. Ciavarra (BBO #546481)
Bowditch & Dewey, LLP
311 Main Street
P. O. Box 15156
Worcester, MA 01615-0156
Telephone 508-926-3408
Facsimile 508-929-3011
lciavarra@bowditch.com

December May 4th, 2016

PLAINTIFFS JOHN P. LAURING, THE
LAURING CHARITABLE FOUNDATION,
AND THE LAURING FAMILY TRUST

By: John Lauring

DEFENDANTS LEE D. WEISS, FAMILY
ENDOWMENT PARTNERS, LP, FAMILY
ENDOWMENT PARTNERS, LLC, FEP
FUND I, LP, FEP FUND II, LTD., MIP
GLOBAL, INC., WEISS CAPITAL REAL
ESTATE GROUP, LLC, CATAMARAN
MANAGEMENT CO., INC., AND
CATAMARAN HOLDINGS FUND, LTD.

By: Lee D. Weiss

DEFENDANTS MOSAIC ENTERPRISES,
INC. AND MOSAIC INVESTMENT
PARTNERS, INC.

By: Donald Rivers, as Trustee for FDRJ 2015
Irrevocable Trust

Dated: May 4th, 2016

| | |
|---|---|
| PLAINTIFFS JOHN P. LAURING, THE LAURING CHARITABLE FOUNDATION, AND THE LAURING FAMILY TRUST | DEFENDANTS LEE D. WEISS, FAMILY ENDOWMENT PARTNERS, LP, FAMILY ENDOWMENT PARTNERS, LLC, FEP FUND I, LP, FEP FUND II LTD., MIP GLOBAL, INC., WEISS CAPITAL REAL ESTATE GROUP, LLC, CATAMARAN MANAGEMENT CO., INC., AND CATAMARAN HOLDINGS FUND, LTD. |

By: *[signature]* John Lauring

By: Lee D. Weiss

DEFENDANTS MOSAIC ENTERPRISES, INC. AND MOSAIC INVESTMENT PARTNERS, INC.

By: *[signature]* Donald Rivers, as Trustee for EDRJ 2015 Irrevocable Trust

Dated: May 9, 2016

6

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, IT IS SO ORDERED AND ADJUDGED.

Dated: 5/12/16

_____
United States District Court Judge