
# CT

April 21, 2016

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS
1 Courthouse Way, Suite 2300,
Boston, MA  02210

Re: JOHN P. LAURING, et al., Pltfs. vs. LEE D. WEISS, et al., Dfts. // To: Catamaran Management Company, Inc.

Case No.  416CV40015DHH

Dear Sir/Madam:

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 528743347

Sent By Regular Mail

cc: Anthony Dragga
    Bowditch & Dewey, LLP
    311 Main Street,
    P.O. Box 15156,
    Worcester, MA  01615


**(Returned To)**

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS
1 Courthouse Way, Suite 2300,
Boston, MA  02210

4/21/2016

[Image of a rotated envelope]

ANTHONY J. DRAGGA, ESQ.

*Bowditch*
*&Dewey*

CATAMARAN MANAGEMENT COMPANY,
INC.
154 CALLE RAFAEL CORDERO, SUITE 700
SAN JUAN, PR 00901-1640



**Bowditch
&Dewey**

Anthony J. Dragga
Direct telephone  508-926-3415
Direct facsimile  508-929-3024
Email  adragga@bowditch.com

February 22, 2016

Lee D. Weiss
28 Sherbrook Road
Newton, MA 02458

Family Endowment Partners, LP
125 High Street, Suite 1405
Boston, MA 02110

PartnersAdmin, LLC
1600 Rosecrans Avenue
4th Floor
Manhattan Beach, CA 90266

Mosaic Investment Partners, Inc.
Metro Parque 7
Street 1, Suite 204, Guaynabo
San Juan, Puerto Rico 00968

Weiss Capital Real Estate Group, LLP
831 Beacon Street, 303
Newton, MA 02459

Family Endowment Partners, LLC
255 State Street, 7th Floor
Boston, MA 02109

FEP Fund I, LP
271 Waverly Oaks Road, Suite 405
Waltham, MA 02452

Catamaran Holding Fund, Ltd.
c/o Catamaran Management Company, Inc.
Metro Parque 7
Street 1, Suite 204
Guaynabo, Puerto Rico 00968

MIP Global, Inc.
255 State Street, Suite 7B
Boston, MA 02109

Catamaran Management Company, Inc.
154 Calle Rafael Cordero, Suite 700
San Juan, PR 00901-1640

Re:   **John P. Lauring, The Lauring Charitable Foundation and The Lauring Family Trust v. Lee D. Weiss, Family Endowment Partners, LP, Family Endowment Partners, LLC, FEP Fund I, LP, et al; USDC Civil Action No. 4:16-cv-40015-DHH**

Dear Sirs:

Enclosed in the above matter, please find an Electronic Notice Setting Hearing on Motion for Preliminary Injunction which has been filed with the United States District Court for the District of Massachusetts.

{Client Files 312140-0001 COR 03591694.DOCX.1}

This is being mailed to you because you are not listed as a registered participant on the NEF for the United States District Court for the District of Massachusetts.

Very truly yours,

Anthony J. Dragga

AJD:sp
Enclosure

{Client Files\312146-0001\COR 03591694.DOCX.1}

**Dragga, Anthony J.**

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Monday, February 22, 2016 10:27 AM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 4:16-cv-40015-DHH Lauring et al v. Weiss et al Notice of Hearing on Motion |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Massachusetts

**Notice of Electronic Filing**

The following transaction was entered on 02/19/2016 at 11:55:49 AM EST and filed on 02/19/2016
**Case Name:** Lauring et al v. Weiss et al
**Case Number:** 4:16-cv-40015-DHH
**Filer:**
**Document Number:** 8 (No document attached)

**Docket Text:**
**ELECTRONIC NOTICE Setting Hearing on Motion [2] MOTION for Preliminary Injunction : Motion Hearing set for 3/2/2016 03:15 PM in Courtroom 1 - Worcester before Magistrate Judge David H. Hennessy. Counsel for the Plaintiff is hereby ordered to serve this notice on Defendants.(Belpedio, Lisa) Modified on 2/22/2016 (Belpedio, Lisa).**

**4:16-cv-40015-DHH Notice has been electronically mailed to:**

Louis M. Ciavarra    lciavarra@bowditch.com, cdocketing@bowditch.com, norourke@bowditch.com

Anthony J. Dragga    adragga@bowditch.com

**4:16-cv-40015-DHH Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

*This is a re-generated NEF  Created on 2/22/2016 at 10:27 AM EST*

1