UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN P. LAURING, THE LAURING CHARITABLE FOUNDATION, AND THE LAURING FAMILY TRUST, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| LEE D. WEISS, FAMILY ENDOWMENT PARTNERS, LP, FAMILY ENDOWMENT PARTNERS, LLC, FEP FUND I, LP, FEP FUND II LTD, CATAMARAN HOLDINGS FUND, LTD., MOSAIC ENTERPRISES, INC., MOSAIC INVESTMENT PARTNERS, INC., CATAMARAN MANAGEMENT CO., INC. and PARTNERSADMIN LLC, | ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 4:16-CV-40015-TSH |
| Defendants, | ) ) |
| and | ) ) |
| FEP FUND I, LP, FEP FUND II, LTD, CATAMARAN HOLDINGS FUND, LTD., WEISS CAPITAL REAL ESTATE GROUP, LLC, MOSAIC INVESTMENT PARTNERS, INC., MIP GLOBAL, INC., F/K/A MOSAIC INVESTMENT PARTNERS, INC., MOSAIC ENTERPRISES, INC., and CATAMARAN MANAGEMENT CO., INC., | ) ) ) ) ) ) ) ) ) ) ) |
| Reach and Apply Defendants. | ) |

## **PLAINTIFFS' MOTION FOR POST-JUDGMENT RELIEF**

NOW COME Plaintiffs, John P. Lauring, individually and in his capacity as Trustee of

the Lauring Family Trust and the Lauring Charitable Foundation, and respectfully move this

Court for entry of post-judgment relief against Defendants, Lee D. Weiss, individually and in his capacity as controlling person of Family Endowment Partners, LP, Family Endowment Partners, LLC, FEP Fund I, LP ("FEP Fund I"), FEP Fund II, Ltd. ("FEP Fund II") (collectively the "Funds"), Catamaran Holding Fund, Ltd. and Catamaran Management, Co., Inc., as well as the additional Reach and Apply Defendants MIP Global, Inc., f/k/a Mosaic Investment Partners, Inc. and Weiss Capital Real Estate Group (collectively referred to hereinafter with the Defendants as, the "Weiss Defendants" ). Specifically, Plaintiffs request that the Court grant the following relief:

1. Grant the Lauring Charitable Foundation reach and apply remedies for debts owed by FEP Fund I to FEP Fund II in the amount of $2,265,950.40, and FEP Fund I is ordered to pay over to the Lauring Charitable Foundation the debt in this amount that otherwise would be paid to FEP Fund II;

2. Grant the Lauring Plaintiffs an attachment on all assets, money or other interests held by the Funds;

3. Grant an injunction enjoining the Weiss Defendants from alienating, transferring, selling, pledging, mortgaging, hypothecating or in any way disposing or distributing any interest they hold or have in the Funds and any and all assets, money or other interests held or controlled by the Funds, including those secured through the orderly liquidation of the Funds, until further order of this Court; and

4. Order all other such relief that this Court deems appropriate and just.

As grounds therefore, the Plaintiffs rely on their Memorandum in Support of Plaintiffs' Motion for Post-Judgment Relief, filed herewith.

JOHN P. LAURING, THE LAURING  
CHARITABLE FOUNDATION,  
THE LAURING FAMILY TRUST,  
By Its Attorney,

*/s/ Louis M. Ciavarra*  
Louis M. Ciavarra (BBO #546481)  
Bowditch & Dewey, LLP  
311 Main Street  
P. O. Box 15156  
Worcester, MA 01615-0156  
Telephone 508-926-3408  
Facsimile 508-929-3011  
lciavarra@bowditch.com

July 21, 2016

## **CERTIFICATION PURSUANT TO LOCAL RULES 7.1(a)(2)**

I, Louis M. Ciavarra, counsel for the Plaintiffs, certify that I contacted Defendants' counsel, Jason Mitchell, via email on July 21, 2016 and Defendant, Lee D. Weiss, by phone on July 20, 2016 in an effort to resolve the issues raised in the Motion but was unable to do so.

/s/ Louis M. Ciavarra  
Louis M. Ciavarra

# CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 21, 2016.

I also certify that this document will be sent to:

David S. Mendel, Esquire
mendel@sec.gov
Kevin C. Lombardi, Esquire
lombardik@sec.gov
Stacy L. Bogert, Esquire
bogerts@sec.gov
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-5041

Gregory S. Bruch, Esquire
gbruch@bruch-hanna.com
Rory C. Flynn, Esquire
rflynn@bruch-hanna.com
Sandra M. Hanna, Esquire
shanna@bruch-hanna.com
Bruch Hanna LLP
1250 I Street, N.W., Ste. 505
Washington, DC 2005

Joel G. Kinney, Esquire
joel@fortpointlegal.com
Fort Point Legal PC
P. O. Box 51476
Boston, MA 02205

Robert M. Thomas, Jr., Esquire
rmt@thomasandassoc.net
Thomas & Associates
20 Park Plaza, Suite 438
Boston, MA 02116

Lee D. Weiss
ldweiss@gmail.com
246 Walnut Street, Suite 302
Newtonville, MA 02460

Jason Mitchell, Esquire
Jason.Mitchell@srz.com
Schulte Roth & Zabel LLP
1152 Fifteenth Street, NW, Suite 850
Washington, DC 20005

        /s/ Louis M. Ciavarra
        Louis M. Ciavarra