UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Lauring,**
       Plaintiff(s),

      V.

**Weiss, et al,**
       Defendant(s),

CIVIL ACTION

NO. <u>16-40015-TSH</u>

<u>ORDER OF DISMISSAL</u>

<u>Hillman, D. J.</u>

   The Court having granted the parties joint motion for dismissal on August 24, 2016 and an Agreement for Judgment having been entered on 5/12/16.

   IT IS ORDERED that this action is hereby dismissed.

By the Court,

<u> August 24, 2016 </u>        <u>/s/ Martin Castles   </u>
    Date                                       Deputy Clerk