UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN P. LAURING, THE LAURING CHARITABLE FOUNDATION, AND THE LAURING FAMILY TRUST, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEE D. WEISS, FAMILY ENDOWMENT PARTNERS, LP, FAMILY ENDOWMENT PARTNERS, LLC, FEP FUND I, LP, FEP FUND II LTD, CATAMARAN HOLDINGS FUND, LTD., MOSAIC ENTERPRISES, INC., MOSAIC INVESTMENT PARTNERS, INC., CATAMARAN MANAGEMENT CO., INC.  and PARTNERSADMIN LLC, | ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 4:16-CV-40015-TSH |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FEP FUND I, LP, FEP FUND II, LTD, CATAMARAN HOLDINGS FUND, LTD., WEISS CAPITAL REAL ESTATE GROUP, LLC, MOSAIC INVESTMENT PARTNERS, INC., MIP GLOBAL, INC., F/K/A MOSAIC INVESTMENT PARTNERS, INC., MOSAIC ENTERPRISES, INC.,  and CATAMARAN MANAGEMENT CO., INC., | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Reach and Apply Defendants. | ) | |

## PLAINTIFFS' MOTION FOR APPOINTMENT OF RECEIVER IN AID OF EXECUTION ON JUDGMENT

Pursuant to Rules 66 and 69(a) of the Federal Rules of Civil Procedure, the Plaintiffs, John P. Lauring ("Mr. Lauring"), individually and in his capacity as Trustee of the Lauring Family Trust and the Lauring Charitable Foundation, respectfully move this Court to appoint Mr. Lauring as receiver for Defendants FEP Fund I, LP and FEP Fund II, Ltd. (collectively the "Funds").  Specifically, Plaintiffs request that this Court:

1. Enter an order for appointment of John P. Lauring as the Receiver of FEP Fund I, LP and FEP Fund II, Ltd. and be authorized, empowered and directed:

   a. to have exclusive control of, and to be substituted as the sole authorized signatory for the Funds;

   b. to take such actions as are necessary and appropriate to identify, recover, preserve, take control of and prevent the dissipation, concealment or disposition of any assets of the Funds;

   c. to incur, or authorize the incurring of, such expenses and make, or authorize the making of, such agreements as may be reasonable, necessary and advisable in discharging his duties as Receiver;

   d. to engage and employ persons in his discretion to assist him in carrying out his duties and responsibilities hereunder; and

   e. to be vested with all powers, rights, and duties of receivers to the greatest extent provided by law.

2. The Receiver shall request and receive approval from the Court prior to any disbursement or distribution from the assets taken into control, or thereafter received by him.

3. Order all other such relief that this Court deems appropriate and just.

As grounds therefore, the Plaintiffs rely on Plaintiffs' Memorandum In Support of Motion for Appointment of Receiver in Aid of Execution on Judgment, filed herewith.

{Client Files/312140/0001/PLD/04460263.DOCX;1}

JOHN P. LAURING, THE LAURING
CHARITABLE FOUNDATION,
THE LAURING FAMILY TRUST,
By Their Attorney,


*/s/ Louis M. Ciavarra*
Louis M. Ciavarra (BBO #546481)
Anthony J. Dragga (BBO #691118)
Bowditch & Dewey, LLP
311 Main Street
P. O. Box 15156
Worcester, MA 01615-0156
Telephone 508-926-3408
Facsimile 508-929-3011
lciavarra@bowditch.com
adragga@bowditch.com

July 11, 2018

{Client Files/312140/0001/PLD/04460263.DOCX;1}

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 11, 2018.

I also certify that this document will be sent to:

David S. Mendel, Esquire
mendel@sec.gov
Kevin C. Lombardi, Esquire
lombardik@sec.gov
Stacy L. Bogert, Esquire
bogerts@sec.gov
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-5041

Gregory S. Bruch, Esquire
gbruch@bruch-hanna.com
Rory C. Flynn, Esquire
rflynn@bruch-hanna.com
Sandra M. Hanna, Esquire
shanna@bruch-hanna.com
Bruch Hanna LLP
1250 I Street, N.W., Ste. 505
Washington, DC 2005

Joel G. Kinney, Esquire
joel@fortpointlegal.com
Fort Point Legal PC
P. O. Box 51476
Boston, MA 02205

Robert M. Thomas, Jr., Esquire
rmt@thomasandassoc.net
Thomas & Associates
20 Park Plaza, Suite 438
Boston, MA 02116

Lee D. Weiss
ldweiss@gmail.com
246 Walnut Street, Suite 302
Newtonville, MA 02460

Jason Mitchell, Esquire
Jason.Mitchell@srz.com
Schulte Roth & Zabel LLP
1152 Fifteenth Street, NW, Suite 850
Washington, DC 20005

David E. Bower, Esquire
dbower@bowerlawgroup.com
Bower Law Group
600 Corporate Pointe, Suite 1170
Culver City, CA 90230

/s/ Louis M. Ciavarra
Louis M. Ciavarra

{Client Files/312140/0001/PLD/04460263.DOCX;1}