UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN P. LAURING, THE LAURING CHARITABLE FOUNDATION, AND THE LAURING FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>LEE D. WEISS, FAMILY ENDOWMENT PARTNERS, LP, FAMILY ENDOWMENT PARTNERS, LLC, FEP FUND I, LP, FEP FUND II LTD, CATAMARAN HOLDINGS FUND, LTD., MOSAIC ENTERPRISES, INC., MOSAIC INVESTMENT PARTNERS, INC., CATAMARAN MANAGEMENT CO., INC. and PARTNERSADMIN LLC,<br><br>Defendants,<br><br>and<br><br>FEP FUND I, LP, FEP FUND II, LTD, CATAMARAN HOLDINGS FUND, LTD., WEISS CAPITAL REAL ESTATE GROUP, LLC, MOSAIC INVESTMENT PARTNERS, INC., MIP GLOBAL, INC., F/K/A MOSAIC INVESTMENT PARTNERS, INC., MOSAIC ENTERPRISES, INC., and CATAMARAN MANAGEMENT CO., INC.,<br><br>Reach and Apply Defendants. | CIVIL ACTION NO. 4:16-CV-40015-TSH |

**AFFIDAVIT OF ANTHONY J. DRAGGA, ESQUIRE**

I, Anthony J. Dragga, an attorney duly admitted to practice law before the Courts of the Commonwealth of Massachusetts and the U.S. District Court, District of Massachusetts, affirms the following to be true under oath and under penalty of perjury.

1. I am an associate at the law firm of Bowditch & Dewey, LLP which is counsel of record for the Plaintiffs John P. Lauring, the Lauring Charitable Foundation and the Lauring Family Trust (collectively, the "Plaintiffs").

2. A true and accurate copy of email correspondence naming Ben Levitan as incoming General Partner, dated February 7, 2017, is attached hereto as <u>Exhibit 1</u>.

3. A true and accurate copy of email correspondence between Ben Levitan and Attorney Louis Ciavarra, dated April 7, 2017, is attached hereto as <u>Exhibit 2</u>.

4. A true and accurate copy of the "Action by Director of FEP Fund 2, LTD" dated August 24, 2017 is attached hereto as <u>Exhibit 3</u>.

Signed under the pains and penalties of perjury this 11th day of July, 2018.

/s/ Anthony J. Dragga
Anthony J. Dragga

# EXHIBIT 1

Ben Levitan | Cedalion Partners
ben@cedalionpartners.com
617.519.6516

On Feb 7, 2017, at 7:16 PM, Lee Weiss <leedweiss@gmail.com> wrote:

Ben and Louis,

I would like to introduce you via this email. Louis is the attorney for the Lauring Family and Foundation who are the primary LPs in FEP Fund II. Please coordinate a time to speak this week.

Ben Levitan | Cedalion Partners
ben@cedalionpartners.com
617.519.6516

Louis M. Ciavarra
Bowditch & Dewey, LLP | T 508-926-3408 | C 508-320-8642

Best regards,

Lee Weiss

This e-mail message is generated from the law firm of Bowditch & Dewey, LLP and contains information that is confidential and may be privileged as an attorney/client communication or as attorney work product. The information is intended to be disclosed solely to the addressee(s). If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email information is prohibited. If you have received this email in error, please notify the sender by return email and delete it from your computer system. For more information about Bowditch & Dewey, please visit our web site at www.bowditch.com

This e-mail message is generated from the law firm of Bowditch & Dewey, LLP and contains information that is confidential and may be privileged as an attorney/client communication or as attorney work product. The information is intended to be disclosed solely to the addressee(s). If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email information is prohibited. If you have received this email in error, please notify the sender by return email and delete it from your computer system. For more information about Bowditch & Dewey, please visit our web site at www.bowditch.com

**EXHIBIT 2**

| | |
|---|---|
| From: | Ben Levitan <ben.levitan@gmail.com> |
| Sent: | Friday, April 07, 2017 1:07 PM |
| To: | Ciavarra, Louis M. |
| Cc: | John Lauring; Dan Newman; O'Rourke, Nancy A.; Lee Weiss |
| Subject: | Re: Ben Levitan, Cedalion Partners |

Louis -

As a followup to the call we had late last month, I wanted to close the loop with you regarding the due diligence process on management of FEP I and FEP II.

After spending several weeks requesting and reviewing materials from Lee Weiss and external managers, we have reached
the conclusion that we are unable to directly take over management of these investment vehicles.

Further interest in this matter should be directed to:

David E. Bower
Bower Law Group
600 Corporate Pointe, Suite 1170
Culver City CA 90230
Tel: (213) 446-6652
Email: dbower@bowerlawgroup.com

Regards,

Ben

Ben S. Levitan
ben.levitan@gmail.com
M: 617.519.6516
Skype: ben_levitan


On Feb 8, 2017, at 12:12 PM, Ciavarra, Louis M. <LCIAVARRA@bowditch.com> wrote:

I am free from 115 to 4ish


Louis M. Ciavarra
Practice Area Leader for Litigation
Bowditch & Dewey, LLP | T 508-926-3408 | C 508-320-8642
Boston | Framingham | Washington, DC | Worcester
www.bowditch.com | lciavarra@bowditch.com | Bio | <imagef0e1eb.PNG>

<image7ce3e1.PNG>
An invitation to read our blogs:

1

# EXHIBIT 3

## ACTION BY DIRECTOR
### of
### FEP FUND 2, LTD
an exempted company incorporated under the laws of the Cayman Islands

The undersigned, David E. Bower, as the sole director of FEP Fund 2, Ltd (the *Fund*), takes the following actions:

WHEREAS, Lee Weiss has resigned as a director of the fund effective immediately,

IT IS RESOLVED, that the resignation of Lee Weiss as a director of this Fund is accepted, effective immediately.

IN WITNESS WHEREOF, the undersigned, being the sole director of the Fund, hereby executes this Action as of August 24, 2017.

David E. Bower, Director