UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN P. LAURING, THE LAURING CHARITABLE FOUNDATION, AND THE LAURING FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>LEE D. WEISS,<br>FAMILY ENDOWMENT PARTNERS, LP,<br>FAMILY ENDOWMENT PARTNERS, LLC, FEP FUND I, LP, FEP FUND II LTD, CATAMARAN HOLDINGS FUND, LTD., MOSAIC ENTERPRISES, INC., MOSAIC INVESTMENT PARTNERS, INC., CATAMARAN MANAGEMENT CO., INC. and PARTNERSADMIN LLC,<br><br>Defendants,<br><br>and<br><br>FEP FUND I, LP,<br>FEP FUND II, LTD,<br>CATAMARAN HOLDINGS FUND, LTD., WEISS CAPITAL REAL ESTATE GROUP, LLC, MOSAIC INVESTMENT PARTNERS, INC.,<br>MIP GLOBAL, INC., F/K/A MOSAIC INVESTMENT PARTNERS, INC., MOSAIC ENTERPRISES, INC., and CATAMARAN MANAGEMENT CO., INC.,<br><br>Reach and Apply Defendants. | CIVIL ACTION NO. 4:16-CV-40015-TSH |

## **AFFIDAVIT OF JOHN P. LAURING**

I, John P. Lauring, do on oath depose and state as follows:

1. I am a Plaintiff in this action, and serve as a trustee of the trusts who are also Plaintiffs in this action, the Lauring Family Trust and the Lauring Charitable Foundation.

2. In April of 2017, I was notified that David Bower of Bower Law Group would be made General Partner of FEP Fund II, Ltd., and in that role Mr. Bower would coordinate the liquidation of FEP Fund II, Ltd.

3. Since April of 2017, I have not received any substantive information regarding the identity of the General Partner of FEP Fund I, LP.

4. Despite consistent requests for information from Mr. Bower, I am aware of no measurable progress in the liquidation of FEP Fund I, LP or FEP Fund II, Ltd., nor have I been informed of the value of the positions held therein.

5. I am an attorney licensed to practice in Massachusetts, and have been a member of the Massachusetts bar in good standing since 1984.

6. Since 1984, I have owned and operated Lauring Construction, which specializes in high-scale commercial and industrial construction. I am the President of Lauring Construction.

7. Lauring Construction's recent representative projects include the Fels Student Center at Nichols College, the Mezcal Tequila Cantina build-out in Worcester, MA, the Tsotsis Center at Assumption College and the renovation of St. Joseph's Church in Charlton, MA.

8. I understand that if I am to be appointed receiver of the Funds, I would be a fiduciary to the entire creditor body of the Funds.

9. Based on the above, I have the education and experience necessary to take charge of the Funds, and to engage and employ persons to assist me in carrying out my duties and responsibilities as receiver of the Funds.

Signed under the pains and penalties of perjury this 10th day of July, 2018.

_____
John P. Lauring