UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN P. LAURING, THE LAURING CHARITABLE FOUNDATION, AND THE LAURING FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>LEE D. WEISS, FAMILY ENDOWMENT PARTNERS, LP, FAMILY ENDOWMENT PARTNERS, LLC, FEP FUND I, LP, FEP FUND II LTD, CATAMARAN HOLDINGS FUND, LTD., MOSAIC ENTERPRISES, INC., MOSAIC INVESTMENT PARTNERS, INC., CATAMARAN MANAGEMENT CO., INC. and PARTNERSADMIN LLC,<br><br>Defendants,<br><br>and<br><br>FEP FUND I, LP, FEP FUND II, LTD, CATAMARAN HOLDINGS FUND, LTD., WEISS CAPITAL REAL ESTATE GROUP, LLC, MOSAIC INVESTMENT PARTNERS, INC., MIP GLOBAL, INC., F/K/A MOSAIC INVESTMENT PARTNERS, INC., MOSAIC ENTERPRISES, INC., and CATAMARAN MANAGEMENT CO., INC.,<br><br>Reach and Apply Defendants. | CIVIL ACTION NO. 4:16-CV-40015-TSH |

**ORDER**

Having considered and granted Plaintiffs' Motion for Appointment of a Receiver in Aid of Execution on Judgment, it is hereby ORDERED as follows:

1. Enter an order for appointment of John P. Lauring as the Receiver of FEP Fund I, LP and FEP Fund II, Ltd. and be authorized, empowered and directed:

    a. to have exclusive control of, and to be substituted as the sole authorized signatory for the Funds;

    b. to take such actions as are necessary and appropriate to identify, recover, preserve, take control of and prevent the dissipation, concealment or disposition of any assets of the Funds;

    c. to incur, or authorize the incurring of, such expenses and make, or authorize the making of, such agreements as may be reasonable, necessary and advisable in discharging his duties as Receiver;

    d. to engage and employ persons in his discretion to assist him in carrying out his duties and responsibilities hereunder; and

    e. to be vested with all powers, rights, and duties of receivers to the greatest extent provided by law.

2. The Receiver shall request and receive approval from the Court prior to any disbursement or distribution from the assets taken into control, or thereafter received by him.

3. All other Orders and Judgments in this case remain in full force and effect.

So ordered:

_____
U.S. District Judge Timothy S. Hillman

Dated: August 15, 2018